```
                              UNITED STATES DISTRICT COURT
                                DISTRICT OF CONNECTICUT

--------------------------------- x
MARTIN J. WALSH, SECRETARY OF     :
LABOR, UNITED STATES DEPARTMENT   :
OF LABOR,                         :
                                  :
          Plaintiff,              :
                                  :
v.                                :      Civil No. 3:18-cv-711 (AWT)
                                  :
CARE AT HOME, LLC, DANIEL KARP,   :
and SUZANNE KARP,                 :
                                  :
          Defendant.              :
--------------------------------- x
```

## ORDER FINDING DEFENDANTS IN CONTEMPT

As discussed today during the hearing on the Order to Show Cause (ECF No. 146), the court finds that defendants Care at Home, LLC, and Daniel Karp are in civil contempt for violating this court's orders. Starting September 10, 2021, these defendants shall pay a daily fine at the rate of $100 per business day until they are no longer in contempt or until further order of the court.

In addition, a hearing will be held on Friday, September 17, at 12:00 p.m. in the South Courtroom, United States District Court, 450 Main St., Hartford, CT, to discuss whether further sanctions are necessary in order to make these defendants comply with the court's orders. Care at Home, LLC, Daniel Karp, and their counsel must appear in person. At least one attorney for the plaintiff must appear in person, but the court will permit

the others to appear via Zoom.

It is so ordered.

Dated this 9th day of September 2021, at Hartford, Connecticut.

                                            /s/AWT
                               Alvin W. Thompson
                      United States District Judge