```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
MARTIN J. WALSH, SECRETARY OF    :
LABOR, UNITED STATES DEPARTMENT  :
OF LABOR,                        :
                                 :
          Plaintiff,             :
                                 :
v.                               :   Civil No. 3:18-cv-711 (AWT)
                                 :
CARE AT HOME, LLC, DANIEL KARP,  :
and SUZANNE KARP,                :
                                 :
          Defendants.            :
-------------------------------- x
```

## ORDER RE FINE

On September 9, 2021, the court entered the Order Finding the Defendants in Contempt (ECF No. 149). The order stated that "[s]tarting September 10, 2021, these defendants shall pay a daily fine at the rate of $100 per business day until they are no longer in contempt or until further order of the court." At the hearing on September 9, 2021, the court indicated that it was imposing the daily fine in order to motivate the defendants to comply with the court's orders before the hearing that was scheduled for September 17, 2021. Subsequently, the defendants entered into a consent judgment, which was entered by the court on September 17, 2021 (ECF No. 155). The hearing scheduled for September 17, 2021 was cancelled.

The consent judgment and order requires the defendants to make the payments of back wages and liquidated damages within

thirty days of the entry of the consent judgment, i.e., by October 17, 2021. The defendants have failed to do so. Therefore, the $100 fine per business day will run from October 18, 2021 until the defendants are no longer in contempt or until further order of the court. The defendants are liable jointly and severally for the payment of this fine. The court is waiving the fine for the period during which the defendants were negotiating the consent judgment and order and for the thirty-day period they were given under the consent judgment and order to pay the back wages and liquidated damages.

    It is so ordered.

    Dated this 30th day of November 2021, at Hartford, Connecticut.

                                                 /s/AWT
                                      Alvin W. Thompson
                          United States District Judge