UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
MARTIN J. WALSH, SECRETARY OF LABOR   *
United States Department of Labor,    *
                          Plaintiff,  *
                                      *   CIVIL ACTION 3:18-cv-00711-AWT
    v.                                *
                                      *
CARE AT HOME, LLC, DANIEL KARP, and   *
SUZANNE KARP,                         *
                         Defendants.  *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**SECRETARY OF LABOR'S STATUS UPDATE**

Pursuant to the Court's Order (ECF No. 170), the Plaintiff Secretary of Labor, United States Department of Labor (the "Secretary") provides the following status update:

1. On December 1, 2021, the Secretary sent the Writ of Execution seeking a total unpaid judgment of $148,663.75 (ECF No. 161) and the U.S. Marshals Service Form USM-285 (Process Receipt and Return) via e-mail to Jennifer Chiappone at the U.S. Marshals Service in New Haven, Connecticut.

2. The Form USM-285 listed the bank (People's United Bank) and account number of Defendant Care at Home, LLC.

3. On December 14, 2021, the U.S. Marshals Service informed the Secretary that the Writ of Execution had been served at a branch office of People's United Bank on that day.

4. Also on December 14, 2021, People's United Bank confirmed that on December 15, 2021, the bank would send a cashier's check to the Secretary at the following address:

> U.S. Department of Labor
> Wage and Hour Division
> Northeast Region

1

        1835 Market Street
        Mailstop WHD/19
        Philadelphia, PA 19103-2968
        Attention: Linda Estacio

5. The Secretary will inform the Court if and when the Secretary receives the cashier's check from People's United Bank.

        Respectfully submitted,

        For Plaintiff
        Secretary of Labor

        Seema Nanda
        Solicitor of Labor

        Maia S. Fisher
        Regional Solicitor

        Mark A. Pedulla
        Counsel for Wage & Hour

Post Office Address:        */s/Theresa Schneider Fromm*
U.S. Department of Labor        Theresa Schneider Fromm
Office of the Solicitor        Senior Trial Attorney (PHV07689)
JFK Federal Bldg., Rm. E-375
Boston, MA 02203        Dated December 15, 2021
TEL: (617)565-2500
FAX: (617)565-2142
fromm.theresa@dol.gov

CERTIFICATE OF SERVICE

    I certify that a copy of Secretary's Status Update was served electronically on December 15, 2021 on the following party:

Vincent Avery<br>
FordHarrison, LLP<br>
366 Madison Avenue, 7th Floor<br>
New York, NY  10017<br>
VAvery@fordharrison.com

                                                      /s/Theresa Schneider Fromm