**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Martin J. Walsh, Secretary of Labor, United States Department of Labor | 3:18-cv-00711-AWT |
| DEFENDANT | TYPE OF PROCESS |
| Care at Home, LLC | Collecting on Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
People's United Bank, Account Number 6500293742 (Account of Care at Home, LLC)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
If service is by mail: 850 Main Street, Bridgeport, CT 06601, Attn: RC195

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Theresa Schneider Fromm, email: Fromm.Theresa@dol.gov
U.S. Department of Labor, Office of the Solicitor
JFK Federal Building, Ste. E-375
Boston, MA 02203

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Property to be seized are funds from Care at Home, LLC's business account at People's United Bank, account number 6500293742.

If service is by mail: 850 Main Street, Bridgeport, CT 06601, Attn: RC195
In-person service can be made at any branch location of People's United Bank.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Theresa Schneider Fromm*
TELEPHONE NUMBER: (617) 565-2524
DATE: 12/1/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 14
District to Serve No.: 14
Signature of Authorized USMS Deputy or Clerk
Date: 12/07/2021

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Ann Marie Marvin   Supervisor
Address (complete only different than shown above)
Date: 12/14/21   Time: 1215   [X] pm
Signature of U.S. Marshal or Deputy   #3369

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21